# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| B. ARMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   18-0072-CV-W-SRB |
| | ) | |
| DOLGENCORP, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that

Defendant Dolgencorp, LLC's Motion and Integrated Suggestions in Support of Motion to Transfer Venue (Doc. #6) is GRANTED.


March 2, 2018                                           Paige Wymore-Wynn
Date                                                              Acting Clerk of Court

                                                                                           /s/ Tracy L. Diefenbach
                                                                                           (by) Deputy Clerk