UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| B. ARMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:18 CV 26 CDP |
| ) | |
| DOLGENCORP, LLC, d/b/a DOLLAR ) | |
| GENERAL STORE, et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED** that the claims raised in plaintiff Beverly Arment's complaint are dismissed without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2018.